# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00936

DENISE DISTEL
          Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
          Defendant.

_____

**DEFENDANT'S NOTICE OF REMOVAL OF ACTION**
_____

Pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446 State Farm Mutual Automobile Insurance Company, hereby files its Notice of Removal of the above-captioned action to this Court, and states as follows:

1. Defendant State Farm Mutual Automobile Insurance Company is named as defendant in Civil Action No. 2018CV30142 in Mesa County District Court (the "State Court Action").

2. The Complaint in the State Court Action was filed with the Clerk of the District Court of Mesa County, in Grand Junction, Colorado on March 21, 2018. Plaintiff served the Summons and Complaint to Defendant on March 22, 2018. The Defendant will file its Answer and Jury Demand to Plaintiff's Complaint within seven days of the filing of this notice.

3. This Notice is being filed with this Court within thirty (30) days after the Plaintiff's Complaint was served upon the Defendant's registered agent setting forth the claims for relief upon which Plaintiff's action is based.

4. To the best of Defendant's knowledge, all pleadings that have been filed or served in the State Court Action are attached hereto as Exhibit "A." To the best of Defendant's knowledge, no further proceedings, process, pleadings, orders, or other papers have been filed or served in the State Court Action.

5. State Farm Mutual Automobile Insurance Company avers that this Court has diversity jurisdiction over Plaintiff's claims because this is a civil action between parties of diverse citizenship. Additionally, Plaintiff alleges that the amount in controversy exceeds $75,000. Thus, this Court has original jurisdiction pursuant to 28 U.S.C.A. § 1332.

6. Specifically, Plaintiff was and is a resident of Colorado, and Defendant was, and still is, a foreign corporation licensed to do business in the state of Colorado; however, their principal place of business is in Northbrook, Illinois. See Exhibit A, paragraph 2. The parties are therefore citizens of different states and thus this civil action is one that may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(a) because this Court has diversity jurisdiction.

7. Additionally, the Plaintiff alleges that this action is a civil action involving an amount in controversy exceeding $75,000, exclusive of interest and costs. See Exhibit A, Complaint and Jury Demand, paragraph 120 in which Plaintiff states she is entitled to recover UIM benefits. Plaintiff had purchased underinsured motorist benefits in the amount of $100,000 per person, and has demanded the full policy limits from Defendant. In the present litigation, Plaintiff is claiming that Defendant is liable for Plaintiff's bodily injuries, damages and losses, and is further seeking damages for alleged violations of C.R.S. § 10-3-1115 and C.R.S. § 10-3-1116 as two times the covered underinsured motorist benefits plus reasonable attorney's fees. In summary, Plaintiff is seeking the full value of her underinsured motorist benefits plus treble damages totaling $300,000, plus reasonable attorney's fees and court costs.

8.   Promptly after the filing of this Notice of Removal, Defendant shall provide notice of the removal to Plaintiff in the State Court Action and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant prays that the above-described action now pending in Mesa County District Court, be removed therefrom to this Court.

Respectfully submitted this 20th day of April, 2018.

By:   *s/Rebecca K. Wagner*
Rebecca K. Wagner (CO Bar No. 33473)
CAMPBELL LATIOLAIS & AVERBACH, LLC
5251 DTC Parkway, Suite 350
Greenwood Village, CO 80111
(303) 831-5990
Email: rwagner@cla-law.net
Attorneys for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2018, I presented the foregoing **DEFENDANT'S NOTICE OF REMOVAL** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to the following:

Nicholas Mayle
Killian Davis Richter & Mayle, PC
*Attorneys for Plaintiff*

*s/ Laura K. Maloney*

4816-7464-3731.1